UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA MYERS,

    Plaintiff,

v.                                          CASE NO.: 8:11-cv-00173-T-MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's unopposed motion for attorney's fees (doc. 24). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Plaintiff seeks attorney's fees in the amount of $1,812.09. On February 23, 2012, I ordered the Commissioner's decision be reversed and the case remanded for further administrative review (doc. 22) and on the same day, February 23, 2012, judgment was entered in favor of the Plaintiff (doc. 23). Thus, a final judgment was rendered in this action and the Plaintiff is the prevailing party. Plaintiff now requests that if the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, Plaintiff's assignment of the EAJA fees be recognized and paid directly to Plaintiff's counsel pursuant to a purported attached assignment. No such assignment is attached and counsel has not responded to the court's inquiry. Accordingly, it is hereby

    ORDERED:

    1.    Plaintiff's petition for attorney's fees pursuant to the EAJA (doc. 24) is granted to the extent that the attorney's fees are to be paid directly to

Plaintiff.

3. In all other respects, the motion is denied.

DONE AND ORDERED at Tampa, Florida on May 31, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE