UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA MYERS,

    Plaintiff,

v.                                                CASE NO.: 8:11-cv-173-T-MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**<u>ORDER</u>**

This cause is before the Court on Plaintiff's motion for reconsideration (doc. 28) of the Court's Order on attorney fees (doc. 27). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Plaintiff seeks attorney's fees in the amount of $1,812.09. Because Plaintiff's counsel previously failed to attach an assignment, and also failed to respond to this Court's inquiry, the Court granted the request only in part. Specifically, I ordered the fees be awarded, but, paid directly to Plaintiff instead of Plaintiff's counsel. Subsequent to this Order, the government has filed a response to Plaintiff's motion for reconsideration (doc. 29) stating that it will accept the now filed assignment. Furthermore, the government does not oppose the award of fees directly to Plaintiff's counsel as it has found Plaintiff does not owe any federal debt. Accordingly, it is

    ORDERED:

    1.    This Court's previous order (doc. 27) is vacated.

    2.    Plaintiff's motion for reconsideration (doc. 28) of this Court's Order is

granted.

3. Plaintiff is awarded fees in the amount of $1,812.09. The fees shall be made payable to Plaintiff's counsel as the government has found the Plaintiff to owe no federal debt.

DONE AND ORDERED at Tampa, Florida on June 22, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE